J. H. Chris Mitchel Company, Inc., Respondent, J. H. Chris Mitchel and J. H. Chris Mitchel, as Receiver, Plaintiffs, v. The First National Bank of Merrick, N. Y., Appellant, Impleaded with Another.— The action is for the conversion to the use of one Newton L. Ely by the defendant bank of the proceeds of certain checks payable to the plaintiffs and indorsed without authority by the defendant Newton L. Ely, general manager of J. H. Chris Mitchel Company, Inc., and deposited by him in his individual account in the defendant bank which

subsequently permitted him to withdraw the proceeds thereof. Judgment entered on a directed verdict in favor of the plaintiff J. H. Chris Mitchel Company, Inc., against the defendant-appellant unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.